606

of Appeals for the Eighth Circuit denied. *Mr. Joseph W. Bailey, Jr.*, for petitioner. *Mr. J. B. Dudley* for respondents.

No. 479. DUNAGAN, ADMINISTRATRIX, *v.* APPALACHIAN POWER Co. January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. William H. Werth* for petitioner. *Mr. D. H. Leake* for respondent.

No. 480. KOLPACHNIKOFF *v.* UNITED STATES. January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Francis B. Bracken* for petitioner. *Solicitor General Hughes, Assistant Attorney General Luhring,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 481. FIDELITY-PHILADELPHIA TRUST CO. ET AL., TRUSTEES, *v.* PHILADELPHIA-GIRARD NATIONAL BANK, January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert R. McCracken* for petitioners. No appearance for respondent.

No. 482. JOHNSTON *v.* WOLTER, TRUSTEE. January 6, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. S. Leo Rushlander* for petitioner. *Mr. Carl M. Wolter* for respondent.